# United States District Court
# Northern District of New York
# Civil Judgment

Lamar Advertising of Penn, LLC,

        Plaintiff,                    Case Number:

        -v-                             5:05cv0375 (NAM/GHL)

John Pitman, Mayor, The Village of Marathon, The Village of Marathon Zoning Board of Appeals, The Village of Marathon Planning Board, Derek Raimo, Code Enforcement Officer, and Atlantic-Inland, Inc.,

        Defendant(s).

(XX)   Decision by Court. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that the Plaintiff's Motion for Summary Judgment is denied, and it is further

**ORDERED AND ADJUDGED,** that the Motion for Summary Judgment by defendants John Pitman, Village of Marathon, Village of Marathon Zoning Board of Appeals and Village of Marathon Planning Board is granted, and it is further

**ORDERED AND ADJUDGED,** that the Motion for Summary Judgment by Defendants Derek Raimo and Atlantic-Inland, Inc., is granted. This action is dismissed in its entirety on the merits.

All of the above pursuant to an Order from the Chief United States District Court Judge Norman A. Mordue, dated August 6, 2008.

Dated: August 7, 2008                  Lawrence K. Baerman, Clerk

*Clerk of Court*

                                            By: Marie N. Marra, Deputy Clerk